1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                           DISTRICT OF NEVADA

8                                * * * * *

9  NATHAN E. DILLION and           )
   ALFRED G. EDMONDS,              )
10                                 )        3:11-cv-00234-LRH-RAM
              Plaintiffs,          )
11                                 )
     v.                            )        O R D E R
12                                 )
   CITY CENTER APARTMENTS, *et al.*,)
13                                 )
              Defendants.          )
14 _____

15       Before this Court is the Report and Recommendation of U.S. Magistrate Robert A. McQuaid

16 (#8[1]) entered on April 19, 2011, recommending granting Plaintiffs' Application to Proceed *In Forma*

17 *Pauperis* (#1) and dismissing the action with prejudice and entering judgment. The action was referred

18 to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of

19 Practice of the United States District Court for the District of Nevada.

20       No objection to the Report and Recommendation has been filed. In fact, on April 25, 2011, the

21 Report and Recommendation was returned to the court marked as undeliverable ("Forward Time

22 Expired-RTS"). Pursuant to Local Special Rule 2-2 CHANGE OF ADDRESS          :

23         The plaintiff shall immediately file with the court written notification of any
           change of address. The notification must include proof of service upon each opposing
24         party or the party's attorney. Failure to comply with this rule may result in dismissal of
           the action with prejudice.
25
_____

26   [1]Refers to court's docket number.

1  In addition, the Court has conducted its *de novo* review in this case, has fully considered the
2  pleadings and memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. §
3  636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and
4  Recommendation (#8) entered on April 19, 2011, should be adopted and accepted.

5  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#8)
6  entered on April 19, 2011, is adopted and accepted.

7  IT IS FURTHER ORDERED that Plaintiffs' Application to Proceed *In Forma Pauperis* (#1)
8  is GRANTED.

9  IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.  The Clerk
10 of the Court shall enter judgment accordingly.

11 IT IS SO ORDERED.

12 DATED this 16th day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE