AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

NATHAN E. DILLON and
ALFRED G. EDMONDS,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:11-cv-00234-LRH-RAM**

CITY CENTER APARTMENTS, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

May 16, 2011                                                       **LANCE S. WILSON**
                                                                                                     Clerk

                                                                                                    /s/  D. R. Morgan
                                                                                                     Deputy Clerk